UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:14-CR-030 JD |
| ) | |
| DEMARCUS MORAN ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 14, 2014 [DE 23]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Demarcus Moran's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  July 30, 2014

　　　　　　　　　　　　　　　　　　　  /s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　United States District Court